# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2583 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 23 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 19667 |
| | : | |
| WILLIAM R. BALABAN, | : | (Dauphin County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and William R. Balaban is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. He shall comply with all the provisions of Pa.R.D.E. 217 and shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

Justice Baer did not participate in the consideration or decision of this matter.